**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00855-CV

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellant**

**V.**

**KINGMAN HOLDINGS, LLC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04363-2013**

## ORDER

On the Court's own motion, this case is **REMOVED** from submission on September 8,

2015. The case will be reset for submission in due course.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE